USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 8|4|2020

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
BRUNILDA ROSARIO ESTEVEZ,

                Plaintiff,

      -v-

COMMISSIONER OF SOCIAL SECURITY,
                Defendant.
-------------------------------------------------------------X

19 **CIVIL** 11665 (GBD)(RWL)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Stipulation and Order dated August 4, 2020, that the decision of the

Commissioner of Social Security be, and hereby is, reversed and that this action be, and hereby is,

remanded to the Commissioner of Social Security pursuant to sentence four of 42 U.S.C. § 405(g),

for further administrative proceedings.

**Dated:**  New York, New York
        August 4, 2020

                      **RUBY J. KRAJICK**

                      **Clerk of Court**
        **BY:**
                      **Deputy Clerk**